THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: November 23, 2009



_____
Honorable Pamela Pepper
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| In Re: Janel L. Scott | Chapter 13 Bankruptcy |
|---|---|
| Ritchie Scott | |
| Debtors. | Case No. 09-27036-pp |

**ORDER DISMISSING CASE**

The Chapter 13 Trustee having filed an Affidavit of Default in Support of the Motion to Dismiss as permitted by the Order entered by the Court on September 29, 2009, the Debtors having filed an objection to the Affidavit of Default and subsequently having withdrawn the objection and no hearing having been held, and based upon the representations made on the record,

    IT IS HEREBY ORDERED THAT:

        The Trustee's Motion to Dismiss is granted, and the case of  the case of the Debtors is hereby dismissed.

Prepared by:
Rebecca R. Garcia, Staff Attorney
Office of the Chapter 13 Trustee
740 North Plankinton Avenue, Suite 400
Milwaukee, WI 53203
T: (414) 271-3943
F: (414) 271-9344